UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONER SALEH and JOSE HENRIQUEZ,

                        Plaintiffs,            21 Civ. 9005 (PAE)

      -v-

                                                    ORDER

DIGITAL REALTY TRUST, INC. et al.,

                        Defendants.

PAUL A. ENGELMAYER, District Judge:

In light of this case's referral to mediation, Dkt. 13, the initial pretrial conference, initially scheduled for January 13, 2022 at 10:00 a.m., Dkt. 8, is adjourned pending the outcome of that mediation.

SO ORDERED.

                                                        *Paul A. Engelmayer*

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: January 4, 2022
         New York, New York