AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MONER SALEH and JOSE HENRIQUEZ ) <br> *Plaintiff* ) <br> v. ) <br> DIGITAL REALTY TRUST, INC., et al ) <br> *Defendant* ) | Case No.   1:21-cv-09005-PAE |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Moner Saleh and Jose Henriquez, Plaintiffs.

Date: 02/16/2022

/s/ Brian Nettle
*Attorney's signature*

Brian Eugene Nettle 5761978
*Printed name and bar number*

Nettle Law
114 Stanton Street #5
New York, NY 10002
*Address*

geno@nettle-law.com
*E-mail address*

(646) 992-9213
*Telephone number*

(888) 583-9968
*FAX number*