# EISNER DICTOR & LAMADRID, P.C.

ATTORNEYS AT LAW
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006

TELEPHONE: (212) 473-8700
FACSIMILE: (212) 473-8705

E-MAIL: office@eisnerdictor.com
INTERNET: www.eisnerdictor.com

BENJAMIN N. DICTOR
THOMAS J. LAMADRID*
MARIA L. CHICKEDANTZ
AARON W. GLADSTONE

* NY AND FL BAR

OF COUNSEL
EUGENE G. EISNER†
NATHANIEL K. CHARNY**
ROGER J. BERNSTEIN

** NY AND NJ BAR
† OF COUNSEL & PARTNER EMERITUS

April 18, 2023

**VIA ECF**

Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: Moner Saleh, et al. v. Digital Realty Trust, Inc., et al.
Docket No.: 21-cv-09005-PAE

Dear Judge Engelmayer:

The parties in the above-referenced matter have reached a resolution of the Plaintiff's claims, and are in the process of executing a settlement agreement. Therefore, and in accordance with Your Honor's Individual Rules and Practices, the parties jointly request a sixty (60) day adjournment of the case management conference which is currently set for April 27, 2023. This adjournment will allow the parties to fully execute the agreement and file a notice of voluntary dismissal with the Court. This is the parties' second request for an adjournment in this matter; the Court granted the parties' first request for an adjournment on November 28, 2022.

We thank Your Honor for the time and attention to this request.

Sincerely,

Maria L. Chickedantz
maria@eisnerdictor.com
*Attorney for Plaintiff*

Joined by:

*/s/ Matthew P. Gizzo*
Matthew P. Gizzo
Ogletree Deakins
*Attorney for Defendants*

Granted. The CMC is adjourned to Thursday, June 29, 2023 at 3 p.m. SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
April 19, 2023