UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONER SALAH ET AL.,

                              Plaintiff,

-v-

DIGITAL REALTY TRUST, INC. ET AL.,

                              Defendants.

21 Civ. 9005 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 27, 2023, the parties filed a joint stipulation to dismiss with prejudice plaintiff Moner Salah's claims. Dkt. 60. Accordingly, the Court adjourns *sine die* the case management conference scheduled for Thursday, June 29, 2023 at 3 p.m. Plaintiff Jose Henriquez's claims, which were stayed pending the outcome of arbitration, remain before this Court. *See* Dkt. 47.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 27, 2023
       New York, New York