USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HENRIQUEZ,

                Plaintiff,

-against-

DIGITAL REALTY TRUST, INC. et al.,

                Defendants.

21-CV-09005 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    WHEREAS, on August 5, 2022, the Court stayed the claims of Plaintiff Jose Henriquez pending the outcome of arbitration, *see* Dkt. No. 47, it is hereby ORDERED that the parties should file a joint letter not to exceed three pages regarding the status of arbitration by **March 19, 2024**, and at least **every six months thereafter**.

Dated: February 26, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge